Marguerite DeSelms
984 W 3rd St
San Pedro, CA 90731
310-427-1008
Plaintiff In Pro Per



FILED
2012 APR 13 PM 3:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES
BY ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marguerite DeSelms           )   CV12-3264-PSG (PJWx)
   Plaintiff                )
   vs.                      )   COMPLAINT FOR:
Apelles, LLC                 )   Action for Damages brought from
   Defendant(s)             )   violations of the FTCPA,
                            )   FDCPA, FCRA, AND RFDCPA
                            )   JURY TRIAL DEMANDED

## I. JURISDICTION

1. Jurisdiction of this Court arises under 15 U.S.C. §1681p, 47 U.S.C. §227(b)(3), 15 U.S.C. §1692k(d), Rosenthal Fair Debt Collection Practices Act (RFDCPA), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

PAID

APR 13 2012

Clerk U.S. District Court

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here. This is an action for damages which exceed $26,000.00.

## III. PARTIES

3. Plaintiff, Marguerite DeSelms, ("Plaintiff") is a natural person and is a resident of the State of California, Los Angeles County. Plaintiff is a consumer as defined by the FDCPA, 15 U.S.C. §1692a(3)

4. Defendant, Apelles ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5). Upon information and belief Defendant, Apelles ("Defendant") is a foreign corporation, not authorized to do business in California, and located at 3700 Corporate Drive, Suite 240, Columbus, Ohio 43231. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## IV. STATEMENT OF FACTS

5. Plaintiff, Marguerite DeSelms, individually, hereby sues, Defendant(s) Apelles, as an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii); for violations of Fair Debt Collection Practices Act under 15 USC, §1692 *et seq* (hereinafter "FDCPA"); for violations of Fair Credit Reporting Act (hereinafter "FCRA") under 15 U.S.C. §1681 *et seq.*; and for violations of Rosenthal Fair Debt Collection Practices Act §1788 (hereinafter "RFDCPA").

6. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

7. Plaintiff contends that the Collection Company Defendant have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

8. From May 16 thru July 19, 2011, Defendant violated the TCPA by leaving 15 recorded messages using automatic telephone dialing system on Plaintiff's cell phone.

a. May 16, 2011, 3:12 pm caller id 800-594-7604, Mrs. Walker
b. May 27, 2011, 10:43 a.m. Caller id 800-594-7604, Mrs. Walker
c. May 31, 2011, 1:35 p.m. caller id 800-594-7604, Mrs. Walker
d. June 2, 2011, 2:09pm caller id 800-594-7604, Mrs. Walker
e. June 6, 2011, 11:25 a.m., caller id 800-594-7604, Mrs. Walker
f. June 9, 2011, 10:54 a.m., caller id 800-594-7604, Mrs. Walker
g. June 14, 2011, 2:40 p.m. caller id 800-594-7604; no identification
h. June 16, 2011, 10:51 a.m., caller id 800-594-7604; Mrs. Walker
I. June 20, 2011, 2:11 p.m., caller id 800-594-7604, Mrs. Walker
j. June 22, 2011, 12:54 p.m., caller id 800-594-7604, Mrs. Walker
k. June 27, 2011, 12:22 pm, caller id 800-594-7604, Mrs. Walker
l. July 5, 2011, 3:19 pm, caller id 800-594-7604, spanish no identification
m. July 11, 2011, 8:59am, caller id 800-594-7604, Mrs Walker, marked "urgent
n. July 18, 2011, 10:30 am, caller id 800-594-7604, no identification

o. July 19, 2011, 11:53 am, caller id 800-594-7604, Mrs. Walker

9. From May 16 thru July 19, 2011, Defendant violated the TCPA by calling Plaintiff's cell phone 15 times with no prior permission given by Plaintiff.

10. From May 16 thru July 19, 2011, Defendant violated the TCPA by leaving recorded messages on Plaintiffs cell phone without express permission.

11. Plaintiff has retained 15 recorded calls in MP3 files.

## V. CAUSES OF ACTION

## (FIRST CAUSE OF ACTION)
## (VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT
## 47 U.S.C. §227 )
## (As against Defendant(s) Appelles)

12. Plaintiff alleges and incorporates the information in paragraphs 1 through 11.

13. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

14. Defendant has committed 15 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

15. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) The last 15 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional.

16. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given Defendant

permission to call Plaintiff's cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and Defendant do not have an established business relationship within the meaning of 47 U.S.C. §227.

**(SECOND CAUSE OF ACTION)**
**(VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 )**
**(As against Defendant(s) Appelles)**

17. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.
18. Defendant failed to identify themselves, violating §1692b(1).
19. Defendant called Plaintiff 15 times without permission of the Plaintiff, violating §1692b(3).
20. Defendants caused the phone to ring repeatedly, violating §1692d(5)
21. Defendants placed telephone calls and left messages without disclosing their true identity, violating §1692d(6.)
22. Defendants engaged in false or misleading representations in communications or means in connection with the debt collection, violating §1692e.
23. Defendants violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.
24. Defendants violated §1692e(11) by failing to contain the mini-Miranda warning.
25. Defendants violated §1692e (14) by leaving a name other than the true name of the debt collector's business.

26. Defendants violated §1692f(1) by attempting to collect any amount not authorized by the agreement creating the debt or permitted by law.

## (THIRD CAUSE OF ACTION)
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### (As against Defendant(s) Appelles)

27. Plaintiff alleges and incorporates the information in paragraphs 1 through 26.

28. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

29. Defendants are a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

30. Defendants negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

> Defendants negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b. two times:
> a. May 4, 2011, one hard pull from Transunion. (demand $1000 for this violation)
> b. May 5, 2011, one hard pull from Transunion. . (demand $1000 for this violation)

## (FOURTH CAUSE OF ACTION)
## VIOLATION OF Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA)
### (As against Defendant(s) Appelles)

31. Plaintiff alleges and incorporates the information in paragraphs 1 through 30.

32. Plaintiff is a consumer within the meaning that is defined by *Cal. Civ. Code § 1788.2(h )*

33. Defendants are debt collectors within the meaning of §1788.2(c)

34. Defendants violated §1788.11(b) by placing telephone calls and leaving messages without disclosing the agency that they represent.

35. Defendants violated §1788.11(d) causing the telephone to ring repeatedly and continuously so as to annoy the Plaintiff.

36. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances.

37. Defendant violated *§1788.13(i)* by falsely representing the true nature of the business of the defendant by leaving messages on the Plaintiff's cell phone voice message system that were vague and misleading.

38. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §1692 et seq.*

i. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

ii. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

## VI. REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiff requests :

39. judgment for damages against Defendant, for actual or statutory damages and punitive damages in the amount of $22,500, plus attorney's fees and costs.

40. judgment for damages against Defendants for actual or statutory damages, and punitive damages of no less than $1000, plus attorney's fees and costs.

41. for damages in the amount of $2,000 against Defendants for actual damages, plus filing fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a).

42. for damages against Defendant for actual or statutory damages, and punitive damages, no less than $1000, plus attorney's fees and costs, pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*, and Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and any other relief that this Honorable Court deems appropriate.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 13¹ᵗʰ of April, 2012.

_____

Marguerite DeSelms

Plaintiff In Pro Per

984 W 3rd St

San Pedro, California 90731

310-427-1008

mdeselms@wt.net

Name & Address:
Marguerite DeSelms
984 W. 3rd St
San Pedro CA 90731

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marguerite DeSelms

PLAINTIFF(S)

v.

Apelles LLC

DEFENDANT(S).

CASE NUMBER

CV12-3264-PSG(PJWx)

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Marguerite DeSelms__, whose address is __984 W. 3rd St, San Pedro CA 90731__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __4-13-12__     By: _____
                          Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

### CV12- 3264 PSG (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

MARGUERITE DESELMS

**DEFENDANTS**

APPELLES LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

984 W. 3rd St
San Pedro CA 90731    310-427-1008

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ 26,500

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

TCPA; FDCPA; FCRA; RFDCPA; 15 USC 1681p; 47 USC 227(b)(3); 15 USC 1629K(a)
28 USC 1367

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV12-3264

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Ohio |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date 4-13-12

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |